**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAR 12 2014
MAR 1 2 2014
MP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DeAndre Bailey

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart

_____

_____

_____

_____

14CV1787
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
               U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

   A.  Name: DeAndre Bailey

   B.  List all aliases: NA

   C.  Prisoner identification number: M32413

   D.  Place of present confinement: Sheridan Correctional Center

   E.  Address: 4017 E 2603 RD

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: Tom Dart

       Title: Sheriff of Cook County

       Place of Employment: Cook County Jail

   B.  Defendant: _____

       Title: _____

       Place of Employment: _____

   C.  Defendant: _____

       Title: _____

       Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date 6-6-12 I was in cook county jail Divison 1 where I was forced to go over 30 days without a clothing change or even given a second D.O.C outfit like the rest of the inmates. I also went with out clean underwear and bed sheets for well over 30 days because, I wasn't allowed to was my underwear and sheets on the living unit using sinks. I wasn't able to get my things cleaned until about the second maybe third week of July. On around 6-21-12 I was moved to housing unit D-4, where none of the sinks outside of the cells worked until early August. On around 6-21-12 the shower drain wasn't working, so the shower would be full of raw suage. On 7-2-12 the suage started to flow over without the water being ran. On about 7-16-12 the flooding got so bad, the suage flowed into the dayroom of the housing unit where we eat our meals almost every other day. The suage brought alot of bugs and a unbareable smell. The showers were not fixed until about 8-2-12. But once the showers were fixed. They didn't disinfect them for

4

Revised 9/2007

about a week maybe two. From 6-6-12 until about 10-22-12 I got little to most of the time no cleaning supplies to kill germs that builds up everyday in my cell. I was forced to eat in the same room where me and another man slept and used the toilet without being able to propedy clean up. ~~P I #~~ Because of living in ~~these~~ deplorable conditions I've experianced extream anxiety attachs and panic episodes. I've even taken medicine for anxiety as well as reoccurring rashes. My asthma has even taken a turn for the worse.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Money for unreasonable living and for this to never happen again.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

State of Illinois County of LaSalle
Signed before me on this 13 day of Jan, 2014 by DeAndre Bailey
Notary Public Melinda Martinez

OFFICIAL SEAL
MELINDA MARTINEZ
Notary Public - State of Illinois
My Commission Expires Apr 12, 2015

Signed this 13 day of Jan, 20 14

_DeAndre D. Bailey_
(Signature of plaintiff or plaintiffs)

DeAndre D. Bailey
(Print name)

M32413
(I.D. Number)

4017 E. 2603 RD
Sheridan IL 60551
(Address)

6

IN THE
United States District Court Northern District of Illinois
Eastern Division

DeAndre Bailey
Plaintiff/Petitioner

Vs.                                         No. _____

Tom Dart
Defendant/Respondent

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court                TO: _____
Northern District of Illinois Eastern Division
219 South Dearborn, 20th floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on __Jan. 15__, 20__14__ I placed the attached or enclosed documents in the institutional mail at __Sheridan__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: __1-15-14__

/s/ DeAndre D. Bailey
Name: DeAndre D. Bailey
IDOC#: M32413
Address: Sheridan Correctional Center
4017 East 2603 Road
Sheridan, Illinois 60551

Subscribed and sworn to before me this __15__ day of __January__, 20__14__

Notary Public

OFFICIAL SEAL
MELINDA MARTINEZ
Notary Public - State of Illinois
My Commission Expires Apr 12, 2015

DETAINEE COPY

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

134-10 APPEAL make copy

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2012X10020

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

### INMATE INFORMATION

INMATE LAST NAME: Bailey
INMATE FIRST NAME: DeAndre
ID Number: 2010-0929208

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Detainee alleges shower need repair.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: Facilities Management
DATE REFERRED: 07/10/12

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Spoke with detainee, 2nd work order put in WO 2-16969 first one completed 7-2-12

PERSONNEL RESPONDING TO GRIEVANCE (Print): H. Lopez
SIGNATURE: H. Lopez
DIV./DEPT.: Admin
DATE: 07/18/12

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): 
SIGNATURE: 
DIV./DEPT.: 
DATE: 

NON-GRIEVANCE (REQUEST) SUBJECT CODE:
☐ GRIEVANCE SUBJECT CODE: ___
☐ NON-GREIVANCE SUBJECT CODE: ___

INMATE SIGNATURE: X DeAndre Bailey
DATE RESPONSE WAS RECEIVED: X 7/24/12

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 7/24/12

INMATE'S BASIS FOR AN APPEAL:
I would like to appeal because the day they said the work order was complete the shower was still flooding on 7-2-12 the problem wasn't fixed until 7-23-12

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes ☐   No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:
A second work order was placed.

ADMINISTRATOR/DESIGNEE: Josh Consola
SIGNATURE: 
DATE: 7/27/12

INMATE SIGNATURE: X DeAndre Bailey
DATE INMATE RECEIVED APPEAL RESPONSE: X 7/30/12

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK...)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**D4-10**

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** 2012X10020

! This section is to be completed by Program Services staff - ONLY !  (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☒ OTHER: Facilities Management

## INMATE INFORMATION (Información del Preso)

- **LAST NAME:** Bailey
- **FIRST NAME:** DeAndre
- **ID Number:** 20120929208
- **DIVISION:** 1
- **LIVING UNIT:** D-4
- **DATE:** 7/2/12

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

I am on D-4 and our shower flooding full of dirty water I can not clean myself under these conditions. The drain has been clogged for the last 2 weeks. Then dayroom sinks haven't worked since we've been on this deck. I have been on this deck for about 3 weeks now.

**ACTION THAT YOU ARE REQUESTING:**
I want it fixed so I can take a shower.

**INMATE SIGNATURE:** DeAndre B

**CRW/PLATOON COUNSELOR:** G. Reid
**SIGNATURE:** Bleed
**DATE RECEIVED:** 7/7/12

(FCN-47)(NOV 11)    (WHITE COPY - PROGRAM SERVICES)    (YELLOW COPY - CRW/PLATOON COUNSELOR)    (PINK COPY - INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

**! This section is to be completed by Program Services staff - ONLY !** (! Para ser llenado solo por el personal de Program Services !)

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME: Bailey
PRINT - FIRST NAME: DeAndre
ID Number: 20100929208
DIVISION: 1
LIVING UNIT: D-4
DATE: 7/17/12

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

The shower on D-4 has got extremely bad. The shower is flooded with raw suage coming from the drain that has been clogged for almost a month. There are a lot of bugs flying around and there is a very bad smell coming from the shower.

### ACTION THAT YOU ARE REQUESTING:

INMATE SIGNATURE: DeAndre Bailey

CRW/PLATOON COUNSELOR (Print): Moore S.
SIGNATURE: M. S.
DATE CRW/PLATOON COUNSELOR RECIEVED: 7/19/12

(FCN-47)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2012 X 12188

### INMATE INFORMATION

INMATE LAST NAME: Bailey
INMATE FIRST NAME: DeAndre
ID Number: 2010-0929208

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Detainee alleges lack of laundry services.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: Superintendent
DATE REFERRED: 08/31/12

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Div 1 policy is that no lines are allowed. Div 1 offers personal clothing to be washed on Tue and Fri. and does a uniform exchange every Friday.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Cyndi Carolino
SIGNATURE: Cyndi Carolino
DIV./DEPT.: 1
DATE: 9/16/12

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DIV./DEPT.:
DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE: [signature]

DATE RESPONSE WAS RECEIVED:

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: ___/___/___

INMATE'S BASIS FOR AN APPEAL:

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:

ADMINISTRATOR/DESIGNEE:
SIGNATURE:
DATE:

INMATE SIGNATURE:
DATE INMATE RECEIVED APPEAL RESPONSE:

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: DIV. 1
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME: | PRINT - FIRST NAME: Andre | ID Number: 20100929208 |
|---|---|---|
| DIVISION: | LIVING UNIT: D-4 | DATE: 8/2/12 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident

Our shower was unclogged on 7-23-12 but we where with out hot water from 7-16-12 until 8-2-12 The shower is now working properly but it still has not been disinfected from when the drain was clogged and flooded with the raw sewage

**ACTION THAT YOU ARE REQUESTING:** I just want everything disinfected to kill all those germs

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE:** Detrobra D Barker

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): Moore | SIGNATURE: SM B | DATE CRW/PLATOON COUNSELOR RECIEVED: 8/6/12 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-47)(NOV 11)  (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)