
Adam H. Fleischer
312-762-3130
afleischer@batescarey.com

September 15, 2015

The Honorable Virginia M. Kendall
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

      Re:   *DeAndre Bailey v. Tom Dart*, Civil Action No. 1:14-cv-01787

Dear Judge Kendall:

I was appointed by the Court as counsel for the plaintiff DeAndre Bailey in the referenced matter for the limited purpose of a Pavey hearing. After we familiarized ourselves with the requirements of Pavey, after reviewing the file, and speaking with Mr. Bailey, we determined that the proper appeal channels had indeed been pursued and that the Pavey requirements had been satisfied. After communicating our findings with defense counsel, Mr. Conor Fleming, the defendant agreed to withdraw the Pavey defense.

I am now writing in regard to your docket entry (No. 46) requesting that I inform the Court whether I have an interest in staying on the case. While we certainly understand the merit of Mr. Bailey's case and take his allegations seriously, the reality is that my law firm handles insurance and reinsurance disputes in various jurisdictions, and lacks the appropriate resources and expertise to continue representing Mr. Bailey in what is certain to be a detailed and nuanced next phase of this case.

                                            Very truly yours,

                                            Adam H. Fleischer

1448872

**<u>Certificate of Service</u>**

The undersigned hereby certifies that on September 15, 2015, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                    Adam H. Fleischer