

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _De Andre Bailey_
(Please print)

STREET ADDRESS: _3855 W. 169 st_

CITY/STATE/ZIP: _C.C. Hills Il 60478_

PHONE NUMBER: _1312 753 8543_

CASE NUMBER: _1:14-cv-01787_

_____    _10-9-15_
Signature                        Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_debailey5150@gmail.com_
E-Mail Address
(Please Print Clearly)

**FILED**

OCT - 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14