**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DeAndre Bailey,<br><br>                Plaintiff,<br><br>   v.<br><br>Tom Dart,<br><br>                Defendant. | No. 14 C 1787<br><br>Judge Virginia M. Kendall |

**NOTICE OF MOTION**

To:    DeAndre Bailey                         ASA Conor Thomas Fleming
         3855 W. 168th St.                  500 Richard J. Daley Center
         Country Club Hills, IL 60478    Chicago, IL 60602

      PLEASE TAKE NOTICE that on October 26, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Application To Be Relieved From Order Of Assignment**, a copy of which is attached hereto and herewith served upon you.

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2015, I electronically filed the foregoing with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, or have consented to email service, and that service will be accomplished by the CM/ECF system.

                                                         /s/ Melvin L. Brooks
                                                         Melvin L. Brooks, Attorney